District Judge James L. Robart
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YUSUPHA **GAYE**,
A# 73-679-546

Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; A. NEIL CLARK, Seattle Field Office Director, Bureau of Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the Bureau of Immigration and Customs Enforcement,

Respondents.

No. C05-01941-JLR-MAT

ORDER ON STIPULATION
FOR DISMISSAL

The parties having stipulated and agreed that the Petitioner has been released from DHS/ICE detention under an Order of Supervision and that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 3rd day of January, 2006.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER ON STIPULATION FOR DISMISSAL - 1
C05-01941-JLR-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | Recommended for Entry

2 | this  3rd  day of January, 2006.

3

4 | s/ Mary Alice Theiler
United States Magistrate Judge

5

6

7

8 | Presented by:

9

10

11 | s/Christopher L. Pickrell
CHRISTOPHER L. PICKRELL
12 | WSBA # 12787
Assistant United States Attorney
13 | United States Attorney's Office
700 Stewart Street, Suite 5220
14 | Seattle, Washington  98101-1271
Telephone: (206) 553-7970
15 | Fax: (206) 553-4073
E-mail: chris.pickrell@usdoj.gov
16 | Attorney for Respondents

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON STIPULATION FOR DISMISSAL  -  2
C05-01941-JLR-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970